DEVIN H. FOK, ESQ., Bar No. 256599
devin@devinfoklaw.com
DHF LAW, PC
16 N. Marengo Ave., Suite 403
Pasadena, CA 91101
Telephone: 888-651-6411
Facsimile: 818-484-2023

Attorney for Plaintiff
BRIAN PATRICK LEMINGS

ROD M. FLIEGEL, Bar No. 168289
rfliegel@littler.com
BRIDGET O'HARA, Bar No. 313945
bohara@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, California 94104
Telephone:   415.433.1940
Facsimile:    415.399.8490

Attorneys for Defendant
CHECKR, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN PATRICK LEMINGS, as an individual,<br><br>                 Plaintiff(s),<br><br>       v.<br><br>CHECKR, INC., a California Corporation; and DOES 1-10 inclusive,<br><br>                 Defendant(s). | Case No.  3:20-cv-06849-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed:  August 25, 2020 |

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

1.

Case No.  3:20-cv-06849-CRB

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

4834-5927-8294.1

IT IS HEREBY STIPULATED by and between Plaintiff Brian Patrick Lemings and Defendant Checkr, Inc., through their undersigned counsel, that each of Plaintiff's claims asserted against Defendant in the above-captioned action are hereby dismissed with prejudice. Each party shall bear its own attorneys' fees and costs incurred herein.

Respectfully submitted,

| | |
|---|---|
| DFH LAW, PC | LITTLER MENDELSON P.C. |
| By: */s/ Devin H. Fok* <br>     Devin H. Fok, Esq. <br>     16 North Marengo Ave., Suite 403 <br>     Pasadena, CA 91101 <br>     (888) 651-6411 <br>     Fax: (818) 484-2023 | By: */s/ Rod M. Fliegel* <br>     Rod M. Fliegel <br>     333 Bush St., 34th Floor <br>     San Francisco, CA 94104 <br>     (415) 433-1940 <br>     Fax: (415) 399-8490 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

Dated: March 16, 2021

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

2.   Case No. 3:20-cv-06849-CRB

STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE

4834-5927-8294.1

**[PROPOSED] ORDER**

Pursuant to stipulation of the parties, and good cause appearing therefor, IT IS SO ORDERED.

Dated: __March 17__, 2021

_____
The Honorable Charles R. Breyer
United States District Judge

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA  94104
415.433.1940

3.

Case No.  3:20-cv-06849-CRB

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

4834-5927-8294.1